IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CONSTANCE BENNETT, | : | |
| | : | |
| Plaintiff, | : | Case No. 08-CV-663 |
| | : | |
| v. | : | |
| | : | JUDGE MARBLEY |
| BOARD OF EDUCATION OF | : | Magistrate Judge Abel |
| WASHINGTON COUNTY JOINT | : | |
| VOCATIONAL SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the Parties' Stipulation of Dismissal of Count 1 of Plaintiff's First Amended Complaint (Doc 43). Plaintiff, Constance Bennett, upon realizing that she had failed to meet the exhaustion requirements for associational discrimination claims under the Americans with Disabilities Act, agreed to voluntarily dismiss, without prejudice, that count of her Complaint.[1] Count 1 of the Amended Complaint is therefore **DISMISSED**.

**IT IS SO ORDERED**.

          /s Algenon L. Marbley
          **Algenon L. Marbley**
          **United States District Judge**

**Dated: May 7, 2010**

---

[1] Defendant had filed a Motion for Summary Judgment on that count (Doc. 22). Because the count is now dismissed, that Motion is **MOOT**.