IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CONSTANCE BENNETT, : | |
| : | |
| Plaintiff, : | |
| : | Case No. C2-08-CV-0663 |
| v. : | |
| : | JUDGE ALGENON L. MARBLEY |
| BOARD OF EDUCATION OF : | |
| WASHINGTON COUNTY JOINT : | Magistrate Judge King |
| VOCATIONAL SCHOOL DISTRICT, : | |
| : | |
| Defendant. : | |

## ORDER

This matter is before the Court on the Defendant's Motion to Bifurcate Attorney Fees From Liability Issues (Doc. 81). Plaintiff does not oppose the request because the Federal and Local Rules of Civil Procedure provide that attorneys' fees should be litigated by motion after judgment has been entered. *See* Fed. R. Civ. P. 54(d)(2); S.D. Ohio Civ. R. 54.2. The Court shares the Plaintiff's view and **GRANTS** the motion. The trial shall proceed on the Plaintiff's liability and damages claims and shall not include the Plaintiff's claim for attorneys' fees.

IT IS SO ORDERED.

s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**United States District Court Judge**

**DATED: August 2, 2011**